

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2015

No. 04-14-00751-CV

Josefina Alexander **GONZALEZ**, et al.,
Appellant

v.

Raymond **DE LEON**, et al.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J Hale, Jr., Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to February 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Robinson C. Ramsey                James Maverick McNeel
     Langley & Banack, Inc.            Strasburger & Price, LLP
     Trinity Plaza II Suite 900        2301 Broadway
     San Antonio, TX 78212-3141        San Antonio, TX 78215-1157